IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| RONDALE LEE CHAPMAN, | ) | CASE NO: 13-384 |
| Plaintiff(s), | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE: 9/12/2013 |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | PLACE:  Benton, IL |
| | ) | |
| Defendant(s). | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S):  N/A

COUNSEL FOR DEFENDANT(S):  N/A

MINUTE ORDER IN CHAMBERS (X ):

PROCEEDING:

TIME:

 This matter is before the court on the plaintiff's Motion to Continue (doc. # 13).

 The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion to continue.

 It is hereby ORDERED that this matter is STRICKEN from the 9/13/2013 docket and reset for evidentiary hearing on 11/1/2013 at 10:30 a.m. in Benton, IL.


                                        NANCY ROSENSTENGEL, CLERK


                                         By: s/ K. Jane Reynolds
                                         Deputy Clerk